

**THE MARCHESE LAW FIRM, LLC**

DANIEL G.P. MARCHESE
CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
AS A CIVIL TRIAL ATTORNEY

93 SPRING STREET, SUITE 300, NEWTON, NJ 07860
OFFICE: (973) 383-3898   FAX: (973) 383-7349
EMAIL:  dan@marchesefirm.com

October 2, 2014

**VIA ECF**
Mr. William T. Walsh, Clerk of the Court
U.S. District Court for the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: U.S. ex rel. Stoltz v. Absaraka Coop. Tel. Co., et al.
     Civil Action No.:  2:08-cv-02588-KM-MAH

Dear Mr. Walsh:

  The undersigned law firm represents Relator James Stoltz, in the above-referenced matter.  I am writing to you today to respectfully request that your office issue Summonses to all Defendants in this case.  I am certain that as a consequence of the fact that this *qui tam* action was placed under seal, no Summonses were generated from your office prior to this date.

  You should be aware that there is currently a motion pending on the docket to enlarge the time within which to serve the First Amended Complaint.  In that motion, I requested an additional twenty-one (21) days within which to effectuate service.  Kindly let me know as soon as possible if you can complete this request in advance of October 25, 2014.  The sheer number of defendants could be an impediment to the same.

  Should you have any questions, please do not hesitate to contact me.

        Respectfully submitted,

       */s/ Daniel G.P. Marchese*

       Daniel G.P. Marchese, Esq.

DGPM/dm

cc: James Stoltz