IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES A. STOLTZ, <br><br> Plaintiff(s), <br><br> vs. <br><br> ABSARAKA COOP. TEL. CO., *et al.*, <br><br> Defendant(s). | Civil Action No.: 2:08-cv-02588-KM-MAH <br><br><br> ORDER |

This matter having come before the Court on application of Daniel G.P. Marchese, Esq., from the The Marchese Law Firm, LLC, attorneys for the Plaintiff, the United States, ex rel. Stoltz, for an Order extending the time within which to serve the First Amended Complaint by an additional twenty-one (21) days; and it appearing to the Court that said Motion should be granted and for good cause shown, and the Court having considered the September 29, 2014 Certification of Daniel Marchese, [D.E. 17]

IT IS ON THIS 6th DAY OF October, 2014,

ORDERED that the Plaintiff be granted an extension to serve the First Amended Complaint by twenty-one (21) days to October 25, 2014; and it is further

ORDERED that a copy of this Order be served upon all parties simultaneously with the service of the First Amended Complaint.

IT IS FURTHER ORDERED THAT THERE WILL BE NO FURTHER EXTENSIONS OF THE DEADLINE ABSENT A Demonstration of GOOD CAUSE PURSUANT TO FED. R. CIV. P. 16, WHICH THE RELATOR SHALL MAKE BY WAY OF A DETAILED CERTIFICATION AND LEGAL BRIEF.

_____, M.J.